## The People on the relation of Horace Turner v. The Judge of the Wayne Circuit Court.

*Statute construed.* Under the act establishing the superior court of Detroit, an application to transfer a cause from the Wayne circuit, made after the act has taken effect and the judge been elected, cannot be denied on the ground that the court has not been fully organized for the reason that the time fixed for holding its first term has not yet arrived.

*Heard and decided April 12.*

Application for *mandamus.*

The relator applied to the respondent in accordance with the law establishing the superior court of Detroit (*Sess. L., 1873, Vol. 1, p. 61*) to have a cause pending in the Wayne circuit court, to which the relator was a party, transferred to the superior court, presenting his bond and asking the respondent to approve the sureties. The respondent claiming that the superior court had not been organized yet, and that the action of the relator was premature, and that the law establishing the new court was unconstitutional, refused at the request of the counsel for the other parties to the suit, to pass upon the sureties or to approve the bond. The relator applies for a *mandamus.*

The main objection made on the argument on behalf of the respondent was that the superior court was not yet organized, and that there was consequently no court to which the cause could be transferred.

The statute was approved March 28, 1873, and took immediate effect. It provided for an election of a judge in April, 1873, whose term of office should commence on May 1, 1873. The first term of the court is to commence on the first Tuesday of June, 1873.

*John J. Speed* and *Ashley Pond*, for the relator.

*H. M. Duffield* and *S. Larned*, for the respondent.

TURNER *v.* JUDGE OF WAYNE CIRCUIT.

THE COURT held that, under the statute, the only effect of the filing of the bond was to stay proceedings until the first term thereafter of the superior court; and that the objection that the court is not now fully organized is untenable.

Writ granted.